## FLEET v. McINTIRE.

No action lies to recover of a prosecutor the money expended by plaintiff in his defence against an indictment.

*Certiorari* to Justice Shipman.

It appeared that this action was instituted by Mr. McIntire, to recover money expended by him in his defence on an indictment for larceny, in which Fleet had been prosecutor.

PER CUR. No action lies in such a case. Reverse the judgment. See *Vanduzor* v. *Linderman*, 10 *Johns.* 106.